IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN GLEN TURNER, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 3:06-CV-0709-D |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent § | |

## ORDER

After reviewing all relevant matters in this case, including the findings, conclusions and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

July 30, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE